IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARL GUTZMER,

        Appellant,

 v.

                                    Case No.  5D22-1912
                                    LT Case No. 2013-MM-000016-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 10, 2023

Appeal from the County Court
for St. Johns County,
Alexander R. Christine, Jr., Judge.

Carl Gutzmer, St. Augustine, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.